# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| STEVEN WAYNE ELLER, # 239264 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 17-0392-CG-M |
| ) | |
| DR. ILLIFF, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

After due and proper consideration of the issues raised, and there having

been no objections filed, the Recommendation of the Magistrate Judge made under

28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

**DONE and ORDERED** this 17th day of November, 2017.


/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE