IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

STEVEN WAYNE ELLER, # 239264    )
                                )
    Plaintiff,                  )
                                )
vs.                             )    CIVIL ACTION NO. 17-0392-CG-M
                                )
DR. ILLIFF, et al.,             )
                                )
    Defendants.                 )

# JUDGMENT

In accordance with the Order entered this date, it is **ORDERED**, **ADJUDGED**, and **DECREED,** that Plaintiff's claim for deprivation-of-property against Defendant CERT Team is **DISMISSED with prejudice** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), and that Plaintiff's remaining claims against Dr. Illiff and the CERT Team are **DISMISSED without prejudice** for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**DONE and ORDERED** this 17th day of November, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE