# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| STEVEN WAYNE ELLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 17-392-CG-M |
| ) | |
| KAREN STONE, M.D., ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Defendant Karen Stone, M.D., and against Plaintiff Steven Wayne Eller. Plaintiff shall recover nothing, and the claims made against Defendant Karen Stone are hereby **DISMISSED with prejudice**.

**DONE and ORDERED** this 11th day of July, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE